E-FILED
Thursday, 24 September, 2026 03:27:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND<br>NECA-IBEW PENSION TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>D. LEWIS ELECTRIC, INC.<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-2010 |

**THIRD PARTY CITATION TO DISCOVER ASSETS**

To: Prairie State Bank & Trust
201 E. Jackson Street
Virden, IL 62690

**IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge, Eric I. Long, at the United States District Court, 201 S. Vine Street, Urbana, Illinois, on **October 8, 2026, at 2:00 p.m.**, be examined under oath concerning the property or income of, or indebtedness of the Judgment Debtor, D. LEWIS ELECTRIC, INC.

On October 20, 2023, Judgment was entered in favor of Plaintiffs and against Defendant for unpaid fringe benefit contributions, penalties, and interest in the amount of $242,981.84, as well as attorney fees and costs in the amount of $4,079.00. $162,981.00 plus attorney fees and cost of $4,079.00 remains due and owing.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

WITNESS September 24, 2026.

(SEAL)

Clerk of Court

The undersigned certifies that the statements set forth in this instrument are true and correct and provide the required information under 735 Ill. Comp. Stat. 5/2-1402(b).

JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
2319 West Jefferson
Springfield, IL 62702
Telephone: (217) 544-1771
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND<br>NECA-IBEW PENSION TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>D. LEWIS ELECTRIC, INC.<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 23-2010 |

**THIRD PARTY RESPONDENT**
**ANSWER TO CITATION PROCEEDINGS**

Prairie State Bank & Trust (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, D. LEWIS ELECTRIC, INC., the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $______________________________

B) Checking and/or Now Account (Amount withheld) $ ______________________

C) Certificate of Deposit (Amount held)$______________________________

D) Money Market Account (Amount held) $____________________________

E) Trust Account (Amount held) $ ________________________________

F) Safety Deposit Box $ ____________________________________

G) No Accounts__________________________________________

H) Adverse Claimant: Name ______________ Address________________

______________________________________________________________

I) Wages, Salary or Commissions___________________________________

J) Other Personal Property (Describe)________________________________________

K) Any other amounts owed to Judgment Debtor ________________________________

Attach a sheet for any additional information required by the Citation

Sub-Total ______________________

Less right of offset for other loans ______________________

Less deduction for fees limited by
205 ILCS 5/48.1 ______________________

Total __________________________

According to the business records kept by the Citation Respondent, we show the above information to be correct.

________________________________

Agent for Citation Respondent

________________________________

Date

Respondent/Agent:

Agent Name ____________________________
Business Name ___________________________
Address _______________________________
______________________________________
Phone ________________________________
Fax _________________________________

**A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant**.