E-FILED
Tuesday, 06 October, 2026 11:38:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND<br>NECA-IBEW PENSION TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>D. LEWIS ELECTRIC, INC.<br><br><br>Defendant. | ) | No. 23-2010 |

**AGREED MOTION TO TURNOVER ASSETS AND VACATE CITATION HEARING SET FOR OCTOBER 8, 2026, at 2:00 PM**

NOW COMES Plaintiffs, NECA-IBEW WELFARE TRUST FUND et al, by and through its attorneys, Cavanagh & O'Hara LLP, and Defendant, D. LEWIS ELECTRIC, INC. by and through its attorneys, Allocco, Miller & Cahill P.C., moves this Court for entry of an Order Turning Over Assets and Vacating the Citation Hearings set for October 8, 2026, at 2:00 PM , and in support thereof, state:

1. On October 20, 2023, this Court entered Judgment against the Defendant in the amount of $187,979.63.

2. On September 24, 2026, this Court issued a Third-Party Citation to Discover Assets directed to Prairie State Bank. (d/e 19).

3. On April 18, 2024, Prairie State Bank entered an Answer to the Third-Party Citation stating it was holding $52,386.75. (See, Exhibit 1).

4. The Citation is scheduled for hearing on October 8, 2026.

5. Pursuant to the Illinois Code of Civil Procedure, a court may compel any person cited, other than the judgment debtor, to deliver up any assets so discovered to be applied in

satisfaction of the judgment. 735 ILCS 5/2-1402(c)(3).

6. The parties have resolved the issues involving the Citation and are respectfully requesting the Court issue an Order that directs Prairie State Bank & Trust to send a cashier's check in the amount of $5,000.00 made payable to "NECA-IBEW Welfare Trust Fund" and another cashier's check in the amount of $25,000.00 made payable to "NECA-IBEW Pension Trust Fund" and sent to Plaintiff's counsel, Jacob A. Blickhan, at Cavanagh & O'Hara LLP, 2319 W. Jefferson Street, Springfield, IL 62702. Plaintiffs also respectfully request the Order direct Prairie State Bank & Trust to release all remaining funds to Defendant. Lastly, the party's resolution obviates the necessity of the hearing on October 8, 2026, so the parties request that hearing be vacated, and all Citations discharged. A proposed Order will be submitted along with this Motion.

WHEREFORE, the parties jointly request this Court issue an Order that directs Prairie State Bank & Trust to turn over the total amount of $30,000.00 to Plaintiffs and release remaining funds to Defendant as well as discharge all Citations, vacate the October 8, 2026, hearing, and such other relief as the Court deems just and proper.

Respectfully submitted,

NECA-IBEW WELFARE TRUST FUND
NECA-IBEW PENSION TRUST FUND,
Plaintiffs,

By: s/ Jacob A. Blickhan

JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
Attorneys for Plaintiff
2319 West Jefferson
Springfield, IL 62702
Telephone (217) 544-1771
Facsimile (217) 544-9894
jacobblickhan@cavanagh-ohara.com

D. LEWIS ELECTRIC, INC.
By: s/ Todd Miller
Mr. Todd Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@alloccomiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October 2026, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, which automatically caused a copy to be forwarded to the following:

Mr. Todd Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
TEL (312) 675-4325
FAX (312) 675-4326
tam@alloccomiller.com

By: s/ Jacob A. Blickhan
JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
Attorneys for Plaintiff
2319 West Jefferson
Springfield, IL 62702
Telephone (217) 544-1771
Facsimile (217) 544-9894
jacobblickhan@cavanagh-ohara.com