E-FILED
Tuesday, 06 October, 2026 11:38:54 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND<br>NECA-IBEW PENSION TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>D. LEWIS ELECTRIC, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-2010 |

**THIRD PARTY RESPONDENT**
**ANSWER TO CITATION PROCEEDINGS**

Prairie State Bank & Trust (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, D. LEWIS ELECTRIC, INC., the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ __________

(B) [circled]) Checking and/or Now Account (Amount withheld) $ 52,386.75

C) Certificate of Deposit (Amount held)$ __________

D) Money Market Account (Amount held) $ __________

E) Trust Account (Amount held) $ __________

F) Safety Deposit Box $ __________

G) No Accounts __________

H) Adverse Claimant: Name __________ Address __________

__________

I) Wages, Salary or Commissions __________

EXHIBIT
1

J) Other Personal Property (Describe) ______________________

K) Any other amounts owed to Judgment Debtor ______________________

Attach a sheet for any additional information required by the Citation

Sub-Total 52,386.75

Less right of offset for other loans ______________________

Less deduction for fees limited by 205 ILCS 5/48.1 ______________________

Total 52,386.75

According to the business records kept by the Citation Respondent, we show the above information to be correct.

Agent for Citation Respondent ______________________

______________________
Date
Respondent/Agent:

Agent Name Andrea Stratton
Business Name Prairie State Bank + Trust
Address 2653 W Lawrence Ave
Springfield IL 62704
Phone ______________________
Fax ______________________

**A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant.**