E-FILED
Wednesday, 07 October, 2026 09:49:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

NECA-IBEW WELFARE TRUST FUND )
NECA-IBEW PENSION TRUST FUND )
)
Plaintiffs, )
)
vs. ) No. 23-2010
)
D. LEWIS ELECTRIC, INC. )
)
)
Defendant. )

**AGREED ORDER TO TURN OVER ASSETS**

THIS CAUSE, coming before the Court on Plaintiffs' Motion to Turn Over Assets pursuant to Fed. Rule. Civ. P. 69 and 735 ILCS 5/2-1402 of the Illinois Code of Civil Procedure, the Court having reviewed said Motion and other filings, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiffs' Motion (#20) is GRANTED.

IT IS HEREBY FURTHER ORDERED that Prairie State Bank & Trust is ordered to:

(a) Turn over and remit the sum of $5,000.00 made payable to "NECA-IBEW Welfare Trust Fund" and $25,000.00 made payable to "NECA-IBEW Pension Trust Fund" in the form of cashier's checks to Plaintiffs' counsel, Cavanagh & O'Hara LLP, 2319 W. Jefferson Street, Springfield, IL 62702, from the funds currently being held by Prairie State Bank & Trust on behalf of D. LEWIS ELECTRIC, INC.

(b) The remaining balance being held can be released to D. LEWIS ELECTRIC, INC.

(c) The Third-Party Citation to Discover Assets to Prairie State Bank & Trust shall be discharged upon Prairie State Bank & Trust's full compliance with the terms of this Order.

(d) The Citation and Third-Party Citation set for October 8, 2026, at 2:00 PM is vacated.

Entered this 7th day of October, 2026

By: s/COLIN S. BRUCE

CHIEF UNITED STATES DISTRICT JUDGE