E-FILED
Wednesday, 07 October, 2026 11:46:35 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
OCT - 7 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NECA-IBEW WELFARE TRUST FUND )
NECA-IBEW PENSION TRUST FUND )
)
Plaintiffs, )
)
vs. ) No. 23-2010
)
D. LEWIS ELECTRIC, INC. )
)
)
Defendant. )

**THIRD PARTY RESPONDENT**
**ANSWER TO CITATION PROCEEDINGS**

Prairie State Bank & Trust (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, D. LEWIS ELECTRIC, INC., the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $__________

(B) [circled] Checking and/or Now Account (Amount withheld) $ 52,386.75

C) Certificate of Deposit (Amount held)$__________

D) Money Market Account (Amount held) $__________

E) Trust Account (Amount held) $__________

F) Safety Deposit Box $__________

G) No Accounts__________

H) Adverse Claimant: Name __________ Address__________

__________

I) Wages, Salary or Commissions__________

J) Other Personal Property (Describe)____________________

K) Any other amounts owed to Judgment Debtor ____________________

Attach a sheet for any additional information required by the Citation

Sub-Total 52,386.75

Less right of offset for other loans ____________________

Less deduction for fees limited by 205 ILCS 5/48.1 ____________________

Total 52,386.75

According to the business records kept by the Citation Respondent, we show the above information to be correct.

Agent for Citation Respondent

Andrea Stratton 10·1·26

Date

Respondent/Agent:

Agent Name Andrea Stratton
Business Name Prairie State Bank + Trust
Address 2653 W Lawrence Ave
Springfield IL 62704
Phone 217-547-7164
Fax 217-546-7586

**A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant.**

Prairie State Bank & Trust
2653 West Lawrence | Springfield, IL 62704
www.psbank.net

SAINT LOUIS MO 630
5 OCT 2026 AM 6

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
10/02/2026 ZIP 62704
043M31262485
US POSTAGE

United States District Court
201 S Vine St.
Urbana, IL 61802

61802-336999